JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERT BATRES, | Case No.: 10-1397 PA (PJWx) |
|  | Judge: Percy Anderson |
| Plaintiff, | Courtroom: 15 |
| v. | **ORDER OF DISMISSAL, WITH PREJUDICE, AS TO ENTIRE ACTION** |
| PALADIN LIGHT CONSTRUCTION GROUP and DOES 1 - 100, inclusive, | |
| Defendant(s). | |

Pursuant to the Stipulation between plaintiff, ROBERT BATRES. and defendant, ATTACHMENT TECHNOLOGIES, INC., through their respective counsel,

IT IS HEREBY ORDERED as follows:

That plaintiff's complaint is hereby dismissed, with prejudice.

Dated:  _December 18, 2010_____

By:____*[signature]*_____
Hon. Percy Anderson
United States District Court Judge